UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH-REAGAN CARTER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, et al.,<br><br>Defendants. | Case No. 1:19-cv-0358-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND DENYING MOTION FOR MARSHAL SERVICE FORMS**<br><br>(Docs. 6, 8)<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff initiated this action in the Kern County Superior Court, and defendants thereafter removed it to this Court. Plaintiff now moves for leave to file an amended complaint. Because the Court shall "freely give leave when justice so requires," see Fed. R. Civ. P. 15(a)(2), the motion to amend will be granted. Also pending is plaintiff's motion for United States Marshal service forms. The nature of this cursory request is unclear since the defendants have already been served. Accordingly, the Court GRANTS plaintiff's motion for leave to amend (Doc. 8) and DENIES plaintiff's motion requesting United States Marshal service forms (Doc. 6). Plaintiff's first amended complaint shall be filed within thirty days from the date of this order.

IT IS SO ORDERED.

Dated: __December 19, 2019__       /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE