UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH-REAGAN CARTER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, et al.,<br><br>Defendants. | Case No.  1:19-cv-0358-JLT (PC)<br><br>**ORDER GRANTING MOTION FOR CONTINUANCE;**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF CIVIL DOCKET;**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER TO NOTIFY OFFICIALS THAT HE IS PROCEEDING IN PRO PER**<br>(Docs. 11, 13, 17)<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff moves for an extension of time to file his response to the Court's August 7, 2020, Screening Order. (Doc. 17.) Good cause appearing, this motion is granted.

Plaintiff also moves for an order notifying the Los Angeles Sheriff's Department that he is proceeding in this action in propria persona and is entitled to certain privileges as outlined in Rule 8.42(d) of the Los Angeles County Superior Court Rules, to include additional library time and telephone privileges. (Doc. 11.) Relatedly, Plaintiff seeks a copy of the court docket to show institutional staff that he is proceeding in pro per. Though Plaintiff is indeed proceeding in this action without legal representation, Rule 8.42(d) concerns privileges afforded to criminal defendants who are proceeding in pro per. It does not appear that Rule 842(d) would apply to this

1

civil action.

Based on the foregoing, the Court **ORDERS** as follows:

1. Plaintiff's motion for an extension of time (Doc. 17) is **GRANTED**. Plaintiff shall file his response to the Screening Order within thirty days from the date of this order;
2. Plaintiff's motion for an order notifying the Los Angeles Sheriff's Department that he is proceeding in forma pauperis and that he is entitled to indigent legal supplies (Doc. 11) is **DENIED**; and
3. Plaintiff's motion for a copy of the civil docket (Doc. 13) is **GRANTED**. The Clerk of Court is directed to mail Plaintiff a copy of the docket in this case.

IT IS SO ORDERED.

Dated:   **September 7, 2020**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE