UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH-REAGAN CARTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, et al.,<br><br>　　　　　Defendants. | Case No.  1:19-cv-0358-DAD-JLT (PC)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS**<br><br>**(Doc. 20)** |

　　On October 15, 2020, the Court issued findings and recommendations to dismiss this action for failure to prosecute and failure to comply with a court order. (Doc. 20.) Plaintiff has since filed objections to the findings and recommendations. Good cause appearing, the Court **VACATES** the findings and recommendations.

IT IS SO ORDERED.

　　Dated:　**December 4, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1